1   John M. Naylor
    Nevada Bar No. 5435
2   Jennifer L. Braster
    Nevada Bar No. 9982
3   NAYLOR & BRASTER
4   1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145
5   jnaylor@nblawnv.com
    jbraster@nblawnv.com
6

7   *Attorneys for Defendant*
    *Midland Credit Management, Inc.*
8

9
                  **UNITED STATES DISTRICT COURT**
10
                      **DISTRICT OF NEVADA**
11

12

    WILLIAM R. WATTS,                    Case No. 2:20-cv-00258-GMN-EJY
13
                   Plaintiff,            **STIPULATION OF EXTENSION OF
14                                       TIME TO RESPOND TO COMPLAINT**

15           v.                          **[FIRST REQUEST]**

16   MIDLAND CREDIT MANAGEMENT,
     INC.,
17
                   Defendant.
18

19          This is the first stipulation of extension of time for Defendant Midland Credit

20   Management, Inc. ("MCM") to respond to Plaintiff's complaint. In support of this stipulation,

21   MCM states as follows:

            1.      MCM was served on February 11, 2020.
22
            2.      MCM promptly hired outside counsel, and MCM's outside counsel promptly
23
     contacted Plaintiff's counsel to discuss the Complaint and other background information. During
24
     that telephone call, MCM's counsel indicated to Plaintiff's counsel that MCM would be
25
     investigating allegations in the Complaint. Counsel for MCM also requested a settlement demand
26
     to explore the possibility of resolving this matter. MCM's counsel requested an extension of 30
27
     days to respond to the Complaint so that MCM could complete its preliminary investigation
28

before either party devotes significant litigation expenses. Plaintiff's counsel agreed to that request.

3.     Accordingly, the parties stipulate that MCM shall have until up to and including April 2, 2020 to move, plead, or otherwise respond to Plaintiff's complaint and that MCM is not waiving any defenses or jurisdictional arguments by filing this stipulation of extension of time.

Dated:          March 4, 2020

By     /s/ John M. Naylor
John M. Naylor, Esq.
Nevada Bar No. 5435
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145

*Attorneys for Defendant Midland Credit Management, Inc.*

By  /s/ Shawn W. Miller
Shawn W. Miller, Esq.
Nevada Bar No. 7825
Krieger Law Group, LLC
2580 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

*Attorneys for Plaintiff William R. Watts*

          IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: _____ March 5, 2020 _____